```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
MAGDIEL LOPEZ,

        Plaintiff,

 -against-

M&G TAPAS REST. CORP. d/b/a EL PORRON,
GONZALO BERMEO, and MARIO BERMEO,
        Defendants.
X------------------------------------------------------------X

12 CIVIL 2203 (PAC)

## JUDGMENT

#13 1233

  Whereas the parties having entered into a Stipulation of Voluntary Dismissal with Prejudice pursuant to Plaintiff's Acceptance of Defendant's Offer of Judgment, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on June 13, 2013, having rendered its Order directing the Clerk of the Court to enter judgment in accordance with the attached offer of judgment dated April 3, 2013, it is,

  **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 13, 2013 and the Offer of Judgment dated April 3, 2013, judgment is entered against defendants M&G Tapas Rest. Corp. d/b/a El Porron, Gonzalo Bermeo, and Mario Bermeo, in the amount of $5,000.00, including all of Plaintiff's claims for relief, attorney's fees and costs.

**Dated:** New York, New York
    June 17, 2013

                    **RUBY J. KRAJICK**
                     **Clerk of Court**
           BY:
                     **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**